UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 26-00872-KK-ADSx** | Date: | February 25, 2026 |
| Title: | *Grace Carolina Escobar Torrez v. Kristi Noem et al.* | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES DISTRICT JUDGE

| Dominique Carr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order GRANTING Petitioner's Ex Parte Application for Temporary Restraining Order [Dkt. 4]

On February 23, 2026, Petitioner filed an Ex Parte Application ("Application") for a Temporary Restraining Order ("TRO").  Dkt. No. 4, Application.  On February 24, 2026, Respondents filed their Opposition to Petitioner's Application.  Dkt. No. 8, Opposition.

Respondents do not contest Petitioner's membership in the Bond Eligible Class in Maldonado Bautista v. Santacruz, No. EDCV 25-01873-SSS-BFMx ("Bautista").  Thus, consistent with the Final Judgment in Bautista, Petitioner is entitled to an individualized bond hearing.  See Bautista v. Santacruz, No. EDCV 25-01873-SSS-BFMx, 2025 WL 3713987 (C.D. Cal. Dec. 18, 2025), judgment entered sub nom., Maldonado Bautista v. Noem, No. EDCV 25-01873-SSS-BFMx, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025).  Petitioner's Application is therefore **GRANTED,** and the Court **ORDERS** the following:

- Respondents are enjoined from continuing to detain Petitioner unless she is provided with an individualized bond hearing before an Immigration Judge pursuant to 8 U.S.C. § 1226(a) within seven (7) days of the date of this Order;
- Respondents are enjoined from transferring, relocating, or removing Petitioner from the Central District of California without further order of the Court and pending final resolution of this litigation; and
- Respondents are to provide the Immigration Judge conducting the individualized bond hearing with a copy of this Order; and
- The parties shall submit a Joint Status Report as to whether Petitioner has received a bond hearing, the outcome of the bond hearing, and Respondents' compliance with this Order by March 6, 2026.

Failure to comply with this Order will result in sanctions.

**IT IS SO ORDERED**.